UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YELP INC., et al.,

            Plaintiffs,

    v.

GOOGLE LLC,

            Defendant.

Case No.  24-cv-06101-SVK

**ORDER FINDING CASES NOT RELATED**

Re: Dkt. No. 115

Before the Court is non-party Branch Metrics, Inc.'s ("Branch") Notice of Lodging of an Administrative Motion to Consider Whether *Branch Metrics, Inc. v. Google LLC*, No. 4:26-cv-07544-KAW ("*Branch*"), should be related to **any** of the following cases:  (1) *Yelp Inc. v. Google LLC*, No. 3:24-cv-06101-SVK (N.D. Cal.) ("*Yelp*" or "this Action");  (2) *Epic Games, Inc. v. Google LLC*, No. 3:20-cv-05671-JD (N.D. Cal.), which is part of *In re: Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD (N.D. Cal.) ("*Epic*" and "*Google Play Store Litig.*", respectively); (3) *Aptoide, S.A. v. Google LLC*, No. 3:26-cv-3165-JD (N.D. Cal.) ("*Aptoide*"); (4) *Crowell v. Google LLC*, No. 3:25-cv-02775-RFL (N.D. Cal.) ("*Crowell*"); and (5) *Arcell v. Google LLC*, No. 3:22-cv-02499-RFL (N.D. Cal.) ("*Arcell*").  Dkt. 115.  Defendant Google LLC ("Google") has filed a Notice of Lodging of its opposition thereto.  Dkt. 116.  Because Branch's request seeks relation between *Branch* and *Yelp* among other cases but does not seek to relate *Yelp* to the other cases, the Court construes Branch's notice to be an administrative motion and rules on the request pursuant to Civil L.R. 3-12.

The Court finds that *Branch* and *Yelp* are **not related.**  The Court's ruling is limited to the unrelated nature of these two cases and expresses no opinion on the alternative related-case

////

////

United States District Court
Northern District of California

requests raised by Branch nor on issue preclusion.  S*ee* Dkt. 115 at 2-3.

**SO ORDERED.**

Dated: July 27, 2026

SUSAN VAN KEULEN
United States Magistrate Judge