United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANCH METRICS, INC.,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 26-cv-07544-RFL (SK)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Regarding Docket Nos. 152, 161 |

Before the undersigned are (1) Defendant Google LLC's ("Google") administrative motion to consider whether another party's material should be sealed (Dkt. No. 152); and (2) Plaintiff Branch Metrics, Inc.'s ("Branch") administrative motion to seal (Dkt. No. 161); filed in connection with the parties' joint discovery letter brief regarding Google's request for inspection. (Dkt. Nos. 150, 151.)

When motions are only "tangentially related to the merits of a case," such as discovery disputes, attached records are not subject to the strong presumption of access to public records and documents. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Rather, a party must only make a showing under the good cause standard of Rule 26(c) to justify the sealing of materials. *Id.* at 1097. A court may, for good cause, keep documents confidential "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). Courts have recognized that there may be good cause to protect business information where disclosure could "harm a litigant's competitive standing." *Ctr. for Auto Safety*, 809 F.3d at 1097.

Upon review of the parties' filings and for good cause shown, the undersigned GRANTS the parties' administrative motions and ORDERS that the following information remain under

seal:

| Document | Portion To Be Sealed | Basis for Sealing |
|---|---|---|
| Dkt. No. 151-2 – Branch's February 2, 2026 Amended Objections and Responses to Google's Second Set of Interrogatories | Highlighted text | Discloses Branch's confidential business information. |

**IT IS SO ORDERED**.

Dated: October 13, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California