[Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANCH METRICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:26-cv-07544-RFL<br><br>**JOINT STIPULATION ON FINAL PRIVILEGE LOGS**<br><br>Judge: Hon. Rita F. Lin |

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Branch Metrics Inc. ("Branch") and Defendant Google LLC (together, the "Parties") submit this joint stipulation on the Parties' agreement regarding service of final discovery logs and production of documents relating to Alex Austin.

WHEREAS, the deadline for the Parties to serve final discovery logs is November 18, 2026 (ECF No. 131);

WHEREAS, Branch seeks a short extension of the deadline to serve such logs, and Google consents to the requested extension;

WHEREAS, former Branch CEO Alex Austin is scheduled to be deposed on November 20, 2026.

NOW THEREFORE, the Parties, having met and conferred, hereby stipulate pursuant to Local Rule 6-1(b) that:

1. The Parties' deadline to serve final discovery logs is November 23, 2026. For the avoidance of doubt, for Branch, this provision refers to the final privilege log for Branch's privilege or work product claims over documents Branch considers to be in Branch's possession, custody, or control.

2. Branch agrees to produce by November 18, 2026 any document related to Alex Austin (custodian/author/to/from/cc/bcc) or document related to the issue discussed between the Parties by email on November 16, 2026 over which document Branch previously asserted privilege and which it has subsequently determined is not privileged.

3. The extension would have no effect on any other deadline in the case.

4. The Parties have previously moved to modify the schedule once in this case. Specifically, on March 16, 2026, prior to this case's transfer to this District, the Parties moved to modify various discovery deadlines in the case. *See* ECF No. 83. The transferor Court granted this motion on March 19, 2026. *See* ECF No. 87.

**IT IS SO STIPULATED.**

Dated: November 17, 2026

By: */s/Harry Susman*

Harry Susman
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston TX 77002
Telephone: (713) 651-9366
hsusman@susmangodfrey.com

*Attorney for Plaintiff Branch Metrics, Inc.*

By: */s/John E. Schmidtlein*

John E. Schmidtlein (S.B. # 163520)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Email: jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_11/18/2026
Date

United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ DRAFT*
Harry Susman

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record on November 17, 2026 via CM/ECF.

*/s/ Harry Susman*
Harry Susman